John W. Evers, Appellant, v. New York, New Haven and Hartford Railway Company, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Thomas Dooley, Appellant.— Judgment affirmed. No opinion.

In the Matter of James Neil, etc.— Decree affirmed, with costs. No opinion.

Charles Bernhard, Respondent, v. The Metropolitan Elevated Railway Company and the Manhattan Railway Company, Appellants.— Judgment modified by reducing the amount awarded for fee damage to $1,000, and by reducing the judgment for rental damage, costs, allowance, etc., as entered, to the sum of $1,240.33, and as so modified affirmed, without costs to either party. No opinion.

Eleanor M. Hamilton, by George B. Morris, her Guardian ad Litem, Appellant, v. J. Eberhard Faber, Defendant; W. Bayard Cutting and James G. Hamilton, as Trustees, etc., of Charles Kennedy Hamilton, Deceased, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William R. Sabel et al., Respondents, v. Monroe Loewenstein et al., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Magnolia Metal Company, Respondent, v. Edward E. Drew and Willard N. Gale, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Francis M. Montell and Others, Respondents, v. Minnie Dittmar, Appellant, Impleaded with George Dittmar, Defendant.— Judgment and order affirmed, with costs. No opinion.

Emma A. Boehme, Appellant, v. Odelia Wirsing et al., Respondents.—Judgment affirmed, with costs. No opinion.

Omega Chemical Company, Respondent, v. J. Charles Weschler and Others, Appellants.

— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ellen Myers, Respondent, v. Rosalie D. Moses, as Executrix, etc., of I. Harby Moses, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Catherine Taylor, Respondent, v. Washington H. Taylor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Abe Stein Company, Respondent, v. Martin Rautenberg, Appellant, Impleaded with Others. (Action No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Abe Stein Company, Respondent, v. Martin Rautenberg, Appellant, Impleaded with Others. (Action No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Leon April, Appellant, v. Adolph Hollander, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

William H. F. Doerr, Appellant, v. Fiss, Doerr & Carroll, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Socialistic Co-operative Publishing Association, Appellant, v. Henry Kuhn and Others, Respondents. — Judgment affirmed, with costs. No opinion.

Eveline Leland v. George A. Hearn and Others.— Motion denied.

William A. Brady v. James C. Kennedy.— Motion denied on payment of ten dollars costs.

William G. Barson and Another v. Agnes K. M. Mulligan and Another.—Motion denied.

Antonia Pospisil, as Administratrix, etc., Respondent, v. Peter F. Kane and Another, Appellants.— Judgment affirmed, with costs. No opinion.

Thomas Greenwood, as Assignee, v. Brights Chemical Company.— Motion granted, with ten dollars costs.

In the Matter of Fulton Avenue.— Motion granted, with ten dollars costs.

Marie W. Spare v. George E. Spare.— Motion granted, with ten dollars costs.

Austin B. Fletcher and Others v. John McKeon and Others.— Motion granted, with ten dollars costs.

Philip Shapiro v. Louis Isaacs.— Motion denied on payment of ten dollars costs, and, on payment of an additional ten dollars, leave given to apply to the court below to open default.

James W. Woods v. Henrietta Garcewich.— Motion denied.

In the Matter of the Board of Rapid Transit.— Motion granted.

National Contracting Company, Respondent, v. Hudson River Water Power Company, Appellant.— Motion granted.

In the Matter of John E. Ellison.— Reference ordered. Memorandum per curiam.

In the Matter of M. E. Duffy.— Proceedings dismissed. Memorandum per curiam.